UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| LARRY LEMAY | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:12-0852 |
| | ) | Judge Sharp |
| CORRECT CARE SOLUTIONS, *et al.* | ) | |

**ORDER**

Magistrate Judge Knowles has entered a Report and Recommendation recommending that this case be dismissed without prejudice because Plaintiff has failed to comply with a previous Order of the Court which required Plaintiff to file a written explanation showing cause for his failure to serve certain identified Defendants. (Docket No. 56). That Order concluded with the warning: "[i]f Plaintiff fails to comply with the provisions of this Order, the undersigned will recommend that this action be dismissed without prejudice." (Id. at 2).

No objections to the Report and Recommendation (Docket No. 59) have been filed and it is hereby ACCEPTED and APPROVED. This case is hereby DISMISSED WITHOUT PREJUDICE pursuant to Rule 4(m) of the Federal Rules of Civil Procedure for failure to effect timely service and pursuant to Rule 41(b) of the federal Rules of Civil Procedure for failure to comply with Magistrate Judge Knowles' Order.

It is SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE